**United States Bankruptcy Court**
**Northern District of Florida, Gainesville Division**

IN RE:                                                                Case No. _____

**Tanner Construction Group, LLC**                                Chapter **11** _____
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 16, 2023** _____    Signature: */s/ Christopher M. Tanner* _____
                                                       **Christopher M. Tanner, managing member**                Debtor

Date: _____    Signature: _____
                                                                                      Joint Debtor, if any

352 Electric LLC
2903 NE 10th St
Gainesville, FL  32609-3066


AAA Event Services, LLC
dba Porta Serve
PO Box 907
High Springs, FL  32655-0907


Acousti Engineering Co of Florida
14100 NW 126th Ter
Alachua, FL  32615-4816


Air Ducks, Inc.
2601 NW 74th Pl
Gainesville, FL  32653-1207


Alachua Pest Services
PO Box 2035
Alachua, FL  32616-2035


Alex and Ileana Alicea
9391 NW 102nd Ln
Lake Butler, FL  32054-5005


American Express
PO Box 6031
Carol Stream, IL  60197-6031

Anderson Advertising Enterprises LLC
12116 County Road 252
Mc Alpin, FL   32062-2256


Andres Candelaria
9001 Oak Haven Dr
Chattanooga, TN   37421-2078


Arrow Exterminators, Inc.
PO Box 5875
Gainesville, FL   32627-5875


Assistant US Attorney, No. District FL
Attn: civil process clerk
111 N Adams St Ste 4
Tallahassee, FL   32301-7730


B&M Equipment Rental
PO Box 749486
Atlanta, GA   30301-9486


Beacon Building Products
PO Box 100639
Atlanta, GA   30384-0639


Billy Elixson
14916 NW 140th St
Alachua, FL   32615-6276

CFG Merchant Solutions
180 Maiden Ln
New York, NY   10038-4925


Christopher Tanner
425 SE Stardust Pl
Lake City, FL   32024-0209


Davis Brothers Alachua Plumbing
158 SW Conestoga Way
Fort White, FL   32038-7700


Donald Moore & Lisa Moore-Schnapp
23520 W US Highway 27
High Springs, FL   32643-2104


Donnelly Architecture, Inc.
1384 N Citrus Ave
Crystal River, FL   34428-6508


Elite Pro Builders, Inc.
18300 NW 150th Ave
Williston, FL   32696-4621


ELS Abatement & Construction
1754 Aston Hall Dr E
Jacksonville, FL   32246-0640

FD Tile & Flooring Supply
4005 NW 97th Blvd
Gainesville, FL  32606-3730


First Choice Plumbing, Inc.
605 NW 53rd Ave Unit A-9
Gainesville, FL  32609-1000


Floor and Decor Outlets of America, Inc.
PO Box 842787
Dallas, TX  75284-2787


Florida Express Environmental
PO Box 5058
Ocala, FL  34478-5058


Ford Motor Credit Co.
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO  80962-2180


Gainesville Regional Utilities
PO Box 147051
Gainesville, FL  32614-7051


Geo-Tech, Inc.
1016 SE 3rd Ave
Ocala, FL  34471-3728

HomeTowne Capital Management
PO Box 1568
Paris, TN  38242-1568


Horizon Realty
16407 NW 174th Dr Ste A
Alachua, FL  32615-0001


James Haskins
101 SW 71st Pl
Ocala, FL  34476-6887


Jeffrey and Patricia Moser
PO Box 520
Alachua, FL  32616-0520


John Senft
c/o Andrew D. Scott, Jr., Esq.
10 W Adams St
Jacksonville, FL  32202-3618


Joshua L. Lee, Esq.
3165 E Millrock Dr Ste 500
Salt Lake City, UT  84121-4704


Kirstin J. Stinson, Esq.
4923 NW 43rd St Ste A
Gainesville, FL  32606-4460

KMS Media Solutions
PO Box 580
High Springs, FL   32655-0580


Libertas Funding, LLC
411 W Putnam Ave Ste 220
Greenwich, CT   06830-6295


Mauldins Gas Svcs., LLC
25292 NW 182nd Ave
High Springs, FL   32643-2957


Merrick Garlnad, US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC   20530-0009


Michael Finnell
14916 NW 140th St
Alachua, FL   32615-6276


Newsome Well & Septic
12718 NW 77th Ter
Alachua, FL   32615-6307


Online Information Svcs, Inc.
PO Box 1489
Winterville, NC   28590-1489

Patriot Containers
PO Box 4368
Ocala, FL  34478-4368


Paypal LoanBuilder
CHTD Company
PO Box 2576
Springfield, IL  62708-2576


Personnel Concepts
PO Box 5750
Carol Stream, IL  60197-5750


PNC Bank, N.A.
PO Box 5570
Cleveland, OH  44101-0570


Ring Power Corporation
PO Box 935440
Atlanta, GA  31193-5440


SafeHome Air Solutions, LLC
PO Box 328
Williston, FL  32696-0328


Silverback Concrete, LLC
6480 SE State Road 26
Trenton, FL  32693-2817

SRM Concrete LLC
1000 Hollingshead Cir
Murfreesboro, TN  37127


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA  30384-9211


The Floor Store of Newberry, Inc.
840 NW State Road 45
Newberry, FL  32669-5109


The Receivables Mgt Svcs
PO Box 19646
Minneapolis, MN  55419-0646


Tight-Seal, Inc.
15207 NW 25th Ter
Gainesville, FL  32609-4085


Tucker, Albin & Assoc.
1702 N Collins Blvd Ste 100
Richardson, TX  75080-3662


Turner Pest Control
PO Box 952503
Atlanta, GA  31192-2503

U.S. Small Business Administration
409 3rd St SW Ste 7600
Washington, DC   20416-0011


United Rent-All
1404 NW 53rd Ave
Gainesville, FL   32609-6103


US Small Business Administration
200 W Santa Ana Blvd
Santa Ana, CA   92701-4134


Waste Pro
PO Box 865231
Orlando, FL   32886-5231


Wex Bank
PO Box 4337
Carol Stream, IL   60197-4337

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tanner Construction Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Tanner Construction Group** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **82-0649497** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **16407 NW 174th Dr**<br>**Ste D**<br>**Alachua, FL 32615-0001**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alachua**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Tanner Construction Group, LLC**       Case number (*if known*) _____

     Name

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply.*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Tanner Construction Group, LLC**            Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Tanner Construction Group, LLC**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Tanner Construction Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 15, 2023**
                 MM / DD / YYYY

X  **/s/ Christopher M. Tanner**                          **Christopher M. Tanner**
   Signature of authorized representative of debtor        Printed name

Title   **managing member**

---

**18. Signature of attorney**

X  **/s/ Lisa C. Cohen**                    Date   **June 15, 2023**
   Signature of attorney for debtor                MM / DD / YYYY

**Lisa C. Cohen**
Printed name

**Ruff & Cohen, P.A.**
Firm name

**4010 W Newberry Rd Ste G**
**Gainesville, FL 32607-2368**
Number, Street, City, State & ZIP Code

Contact phone   **(904) 720-0070**       Email address   **lisacohen@bellsouth.net**

**558291**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2023**    X **/s/ Christopher M. Tanner**
Signature of individual signing on behalf of debtor

**Christopher M. Tanner**
Printed name

**managing member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **Tanner Construction Group, LLC** | |
| United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION** | ☐ Check if this is an |
| Case number (if known):  _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acousti Engineering Co of Florida 14100 NW 126th Ter Alachua, FL 32615-4816** | | subcontractor | | | | $5,182.00 |
| **Alex and Ileana Alicea 9391 NW 102nd Ln Lake Butler, FL 32054-5005** | | contract balance | | | | $27,920.00 |
| **American Express PO Box 6031 Carol Stream, IL 60197-6031** | | credit card | | | | $69,932.87 |
| **Beacon Building Products PO Box 100639 Atlanta, GA 30384-0639** | | | | | | $25,193.72 |
| **CFG Merchant Solutions 180 Maiden Ln New York, NY 10038-4925** | | Business loan | | | | $164,325.00 |
| **Donnelly Architecture, Inc. 1384 N Citrus Ave Crystal River, FL 34428-6508** | | architectural services | | | | $48,000.00 |
| **Elite Pro Builders, Inc. 18300 NW 150th Ave Williston, FL 32696-4621** | | subcontractor | | | | $6,000.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Tanner Construction Group, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FD Tile & Flooring Supply** **4005 NW 97th Blvd** **Gainesville, FL 32606-3730** | | **materials supplier** | | | | **$17,561.44** |
| **First Choice Plumbing, Inc.** **605 NW 53rd Ave Unit A-9** **Gainesville, FL 32609-1000** | | **subcontractor** | | | | **$10,794.00** |
| **Floor and Decor Outlets of America, Inc.** **PO Box 842787** **Dallas, TX 75284-2787** | | **subcontractor** | | | | **$7,915.03** |
| **Ford Motor Credit Co.** **National Bankruptcy Service Center** **PO Box 62180** **Colorado Springs, CO 80962-2180** | | | | **$36,044.99** | **$31,501.00** | **$4,543.99** |
| **Ford Motor Credit Co.** **National Bankruptcy Service Center** **PO Box 62180** **Colorado Springs, CO 80962-2180** | | | | **$26,475.87** | **$19,277.00** | **$7,198.87** |
| **James Haskins** **101 SW 71st Pl** **Ocala, FL 34476-6887** | | | | | | **$48,000.00** |
| **KMS Media Solutions** **PO Box 580** **High Springs, FL 32655-0580** | | **subcontractor** | | | | **$11,700.00** |
| **Libertas Funding, LLC** **411 W Putnam Ave Ste 220** **Greenwich, CT 06830-6295** | | **Business loan** | | **$490,461.60** | **$0.00** | **$490,461.60** |
| **Paypal LoanBuilder CHTD Company** **PO Box 2576** **Springfield, IL 62708-2576** | | **Business loan** | | **$85,000.80** | **$0.00** | **$85,000.80** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Tanner Construction Group, LLC**                          Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunbelt Rentals, Inc.**<br>**PO Box 409211**<br>**Atlanta, GA**<br>**30384-9211** | | **subcontractor** | | | | **$19,789.28** |
| **Tight-Seal, Inc.**<br>**15207 NW 25th Ter**<br>**Gainesville, FL**<br>**32609-4085** | | **subcontractor** | | | | **$15,116.00** |
| **U.S. Small Business Administration**<br>**409 3rd St SW Ste 7600**<br>**Washington, DC**<br>**20416-0011** | | **Business loan** | | **$500,000.00** | **$118,900.00** | **$381,100.00** |
| **Wex Bank**<br>**PO Box 4337**<br>**Carol Stream, IL**<br>**60197-4337** | | **credit card** | | | | **$6,286.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Renasant Bank** | **checking** | **4319** | **$20,396.68** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$20,396.68

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **OnPoint Management; security deposit for landlord for rental house used for office N. Ft. Myers** | **$4,400.00** |
|---|---|---|
| 7.2. | **Lee County Electric; deposit for electricity for N. Ft. Myers rental house used for office** | **$480.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Tanner Construction Group, LLC**
Name

Case number *(If known)* _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $4,880.00 |

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:   **0.00** - **0.00** = .... | **$0.00**
     face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   | $0.00 |

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **materials located on various job sites that have not yet been installed** | | **$76,900.00** | liquidatiton | **$76,900.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

   Add lines 19 through 22. Copy the total to line 84.

   | $76,900.00 |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Tanner Construction Group, LLC**                                Case number *(If known)* _____
Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **25 office chairs $200; 10 laptop computers $3000; 3 printers $500; 3 filing cabinets $100; 8 office desks $1400; office decor $2000; office supplies $2000; all under lien to US SBA** | **$9,200.00** | liquidation | **$9,200.00** |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | **$9,200.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Tanner Construction Group, LLC**                            Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.1. | **2015 Chevrolet**<br>**Silverado 1500 crew cab LT 61/4' bed**<br>**w/160000 miles; titled in name of**<br>**Christopher Tanner, Debtor made all**<br>**payments; $5842 remaining balance**<br>**owed to Florida Credit Union** | **$10,661.00** | **$10,661.00** |
| 47.2. | **2006 Nissan Frontier** | **$5,000.00** | **$5,000.00** |
| 47.3. | **2009 Chevrolet Silverado** | **$4,000.00** | **$4,000.00** |
| 47.4. | **2006 Chevrolet Duramax** | **$10,000.00** | **$10,000.00** |
| 47.5. | **1999 Ford F250** | **$2,500.00** | **$2,500.00** |
| 47.6. | **2019 Ford**<br>**F250 w/111,555 miles** | **$45,442.00** | **$45,442.00** |
| 47.7. | **2018 Ford**<br>**F250 w/125,275 miles** | **$39,561.00** | **$39,561.00** |
| 47.8. | **2020 Ford**<br>**F150 w/47,720 miles** | **$25,937.00** | **$25,937.00** |
| 47.9. | **2020 Ford**<br>**Transit C w/45,365 miles** | **$23,256.00** | **$23,256.00** |
| 47.10 | **2020 Ford**<br>**F150 w/35,364 miles** | **$28,492.00** | **$28,492.00** |
| 47.11 | **2020 Ford**<br>**F150 w/41,085 miles** | **$26,174.00** | **$26,174.00** |
| 47.12 | **2020**<br>**Ford F150 w/53,735 miles** | **$25,208.00** | **$25,208.00** |
| 47.13 | **2016**<br>**Ford T150 Transit w/55,500 miles** | **$31,501.00** | **$31,501.00** |
| 47.14 | **2015**<br>**Ford Transit C w/31,384 miles** | **$19,277.00** | **$19,277.00** |
| 47.15 | **2021 Chevrolet Tahoe 2WD**<br>**w/26,000 miles; titled in the name of**<br>**Mary Tanner, but debtor has made all**<br>**payments and equitable owner is**<br>**Debtor; balance owed of $52,000.00** | **$61,013.00** | **$61,013.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Tanner Construction Group, LLC**                    Case number *(If known)* _____
_____
Name

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating
       homes, personal watercraft, and fishing vessels

    48.1.    **7' x 16' dump trailer with 4' sides under
                 lien to Hometowne Capital Mgt**            **$8,000.00**                        **$8,000.00**

    48.2.    **10' utility trailer $800; 16' utility trailer
                 $1500; 24' enclosed trailer $3500; 10'
                 blue dumpp trailer $3000; 3 8' enclosed
                 trailers @$4000 each = $12000; 10'
                 enclosed trailer $6000; all under lien to
                 SBA**                                      **$26,800.00**                       **$26,800.00**

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **75 miscellaneous power tools under lien to
       US SBA**                                             **$6,000.00**                        **$6,000.00**

    **Equitable interest in JD G50 Excavator
       financed by JOhn Deere; title is in name of
       Haskins Demolition, LLC, but Debtor has
       made all payments and will own it when paid
       off. Value is $26K; balance owed is $26K.**          **$0.00**                            **$0.00**

51.    **Total of Part 8.**                                                          | **$398,822.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**
54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**
59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**
70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Tanner Construction Group, LLC**                    Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Tanner Construction Group, LLC**                                 Case number *(If known)* _____
Name

Part 12: **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,396.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,880.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $76,900.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $398,822.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $510,198.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $510,198.68 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Ford Motor Credit Co.**<br>Creditor's Name<br><br>**National Bankruptcy Service Center**<br>**PO Box 62180**<br>**Colorado Springs, CO**<br>**80962-2180**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2019 Ford**<br>**F250 w/111,555 miles** | **$35,722.17** | **$45,442.00** |

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**05/19**

**Last 4 digits of account number**
**8002**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **Ford Motor Credit Co.**<br>Creditor's Name<br><br>**National Bankruptcy Service Center**<br>**PO Box 62180**<br>**Colorado Springs, CO**<br>**80962-2180**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2018 Ford**<br>**F250 w/125,275 miles** | **$24,283.24** | **$39,561.00** |

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**3/2020**

**Last 4 digits of account number**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Tanner Construction Group, LLC**
_____
Name                                    Case number (if known) _____

**6674**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit Co.** | **Describe debtor's property that is subject to a lien** | $24,748.53 | $25,937.00 |
|-----|---------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**2020 Ford**
**F150 w/47,720 miles**

**National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962-2180**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known        ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                ☐ No

**9/2020**                                 ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5882**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit Co.** | **Describe debtor's property that is subject to a lien** | $21,454.14 | $23,256.00 |
|-----|---------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**2020 Ford**
**Transit C w/45,365 miles**

**National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962-2180**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known        ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                ☐ No

**11/2020**                                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5229**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit Co.** | **Describe debtor's property that is subject to a lien** | $27,309.83 | $28,492.00 |
|-----|---------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**2020 Ford**
**F150 w/35,364 miles**

**National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962-2180**

Debtor    **Tanner Construction Group, LLC**
_____    Case number (if known) _____
Name

_____
Creditor's mailing address    **Describe the lien**
_____

**Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**1/2021**    ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**1543**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Ford Motor Credit Co.** | **Describe debtor's property that is subject to a lien** | $27,224.62 | $26,174.00 |

Creditor's Name    **2020 Ford**
**National Bankruptcy**    **F150 w/41,085 miles**
**Service Center**
**PO Box 62180**
**Colorado Springs, CO**
**80962-2180**
Creditor's mailing address    **Describe the lien**
_____

**Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**1/2021**    ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**1762**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **Ford Motor Credit Co.** | **Describe debtor's property that is subject to a lien** | $25,452.54 | $25,208.00 |

Creditor's Name    **2020**
**National Bankruptcy**    **Ford F150 w/53,735 miles**
**Service Center**
**PO Box 62180**
**Colorado Springs, CO**
**80962-2180**
Creditor's mailing address    **Describe the lien**
_____

**Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**9/2020**    ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Tanner Construction Group, LLC**                    Case number (if known) _____
Name

**5744**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ford Motor Credit Co.** | | |
|---|---|---|---|

Creditor's Name

**National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962-2180**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**                    $36,044.99        $31,501.00

**2016**
**Ford T150 Transit w/55,500 miles**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/2022**

**Last 4 digits of account number**

**2007**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ford Motor Credit Co.** | | |
|---|---|---|---|

Creditor's Name

**National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962-2180**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**                    $26,475.87        $19,277.00

**2015**
**Ford Transit C w/31,384 miles**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/2022**

**Last 4 digits of account number**

**1339**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **HomeTowne Capital Management** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1568 Paris, TN 38242-1568**

**Describe debtor's property that is subject to a lien**                    $12,000.00        $8,000.00

**7' x 16' dump trailer with 4' sides under lien to Hometowne Capital Mgt**

Debtor   **Tanner Construction Group, LLC**                          Case number (if known) _____
         _____
         Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.1 1** | **Libertas Funding, LLC** | Describe debtor's property that is subject to a lien | $490,461.60 | $0.00 |
| | Creditor's Name | **Accounts receivable; there is currently no amounts due on any jobs.** | | |
| | **411 W Putnam Ave Ste 220** | | | |
| | **Greenwich, CT 06830-6295** | **Describe the lien** | | |
| | Creditor's mailing address | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **4/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0487** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **1. U.S. Small Business Administration** | ☐ Disputed | | |
| | **2. Libertas Funding, LLC** | | | |

| | | | |
|---|---|---|---|
| **2.1 2** | **Paypal LoanBuilder** | Describe debtor's property that is subject to a lien | $85,000.80 | $0.00 |
| | Creditor's Name | | | |
| | **CHTD Company** | | | |
| | **PO Box 2576** | | | |
| | **Springfield, IL 62708-2576** | **Describe the lien** | | |
| | Creditor's mailing address | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **10/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1623** | | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Tanner Construction Group, LLC**
Name

Case number (if known)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | $118,900.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts receivable; there is currently no amounts due on any jobs.**

**409 3rd St SW Ste 7600**
**Washington, DC**
**20416-0011**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2022**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. U.S. Small Business Administration** | ☐ Disputed |
| **2. Libertas Funding, LLC** | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,336,178.33 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Assistant US Attorney, No. District FL** **Attn: civil process clerk** **111 N Adams St Ste 4** **Tallahassee, FL 32301-7730** | Line __2.13__ | |
| **Joshua L. Lee, Esq.** **3165 E Millrock Dr Ste 500** **Salt Lake City, UT 84121-4704** | Line __2.11__ | **0487** |
| **Merrick Garlnad, US Attorney General** **US Dept. of Justice** **950 Pennsylvania Ave NW** **Washington, DC 20530-0009** | Line __2.13__ | |
| **US Small Business Administration** **200 W Santa Ana Blvd** **Santa Ana, CA 92701-4134** | Line __2.13__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __Tanner Construction Group, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**352 Electric LLC**<br><br>**2903 NE 10th St**<br>**Gainesville, FL 32609-3066**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,900.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**AAA Event Services, LLC**<br>**dba Porta Serve**<br>**PO Box 907**<br>**High Springs, FL 32655-0907**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,916.06** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Acousti Engineering Co of Florida**<br><br>**14100 NW 126th Ter**<br>**Alachua, FL 32615-4816**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,182.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Air Ducks, Inc.**<br><br>**2601 NW 74th Pl**<br>**Gainesville, FL 32653-1207**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$390.00** |

Debtor  **Tanner Construction Group, LLC**
_____
Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Alachua Pest Services**

PO Box 2035
Alachua, FL 32616-2035

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $27,920.00 |

**Alex and Ileana Alicea**

9391 NW 102nd Ln
Lake Butler, FL 32054-5005

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $69,932.87 |

**American Express**

PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred  7/2022

Last 4 digits of account number  1001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $1,950.00 |

**Anderson Advertising Enterprises LLC**

12116 County Road 252
Mc Alpin, FL 32062-2256

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | unknown |

**Andres Candelaria**

9001 Oak Haven Dr
Chattanooga, TN 37421-2078

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $570.00 |

**Arrow Exterminators, Inc.**

PO Box 5875
Gainesville, FL 32627-5875

Date(s) debt was incurred  2/8/23

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $326.22 |

**B&M Equipment Rental**

PO Box 749486
Atlanta, GA 30301-9486

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tanner Construction Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,193.72**

**Beacon Building Products**

PO Box 100639
Atlanta, GA 30384-0639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2023

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**Billy Elixson**

14916 NW 140th St
Alachua, FL 32615-6276

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$164,325.00**

**CFG Merchant Solutions**

180 Maiden Ln
New York, NY 10038-4925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2022

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Davis Brothers Alachua Plumbing**

158 SW Conestoga Way
Fort White, FL 32038-7700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2023

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Donald Moore & Lisa Moore-Schnapp**

23520 W US Highway 27
High Springs, FL 32643-2104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00**

**Donnelly Architecture, Inc.**

1384 N Citrus Ave
Crystal River, FL 34428-6508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Elite Pro Builders, Inc.**

18300 NW 150th Ave
Williston, FL 32696-4621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Tanner Construction Group, LLC**                           Case number (if known) _____

Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,900.00** |
|---|---|---|---|

**ELS Abatement & Construction**

**1754 Aston Hall Dr E**
**Jacksonville, FL 32246-0640**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,561.44** |
|---|---|---|---|

**FD Tile & Flooring Supply**

**4005 NW 97th Blvd**
**Gainesville, FL 32606-3730**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,794.00** |
|---|---|---|---|

**First Choice Plumbing, Inc.**

**605 NW 53rd Ave Unit A-9**
**Gainesville, FL 32609-1000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,915.03** |
|---|---|---|---|

**Floor and Decor Outlets of America, Inc.**

**PO Box 842787**
**Dallas, TX 75284-2787**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,669.55** |
|---|---|---|---|

**Florida Express Environmental**

**PO Box 5058**
**Ocala, FL 34478-5058**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,625.80** |
|---|---|---|---|

**Gainesville Regional Utilities**

**PO Box 147051**
**Gainesville, FL 32614-7051**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,440.00** |
|---|---|---|---|

**Geo-Tech, Inc.**

**1016 SE 3rd Ave**
**Ocala, FL 34471-3728**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tanner Construction Group, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,323.04** |
|------|---|---|---|
| | **Horizon Realty** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **16407 NW 174th Dr Ste A** | ☐ Disputed | |
| | **Alachua, FL 32615-0001** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00** |
|------|---|---|---|
| | **James Haskins** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **101 SW 71st Pl** | ☐ Disputed | |
| | **Ocala, FL 34476-6887** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred  9/2022 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|------|---|---|---|
| | **John Senft** | ☐ Contingent | |
| | **c/o Andrew D. Scott, Jr., Esq.** | ■ Unliquidated | |
| | **10 W Adams St** | ■ Disputed | |
| | **Jacksonville, FL 32202-3618** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred  08/27/2021 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,700.00** |
|------|---|---|---|
| | **KMS Media Solutions** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 580** | ☐ Disputed | |
| | **High Springs, FL 32655-0580** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$980.00** |
|------|---|---|---|
| | **Mauldins Gas Svcs., LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **25292 NW 182nd Ave** | ☐ Disputed | |
| | **High Springs, FL 32643-2957** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|------|---|---|---|
| | **Michael Finnell** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **14916 NW 140th St** | ☐ Disputed | |
| | **Alachua, FL 32615-6276** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$525.00** |
|------|---|---|---|
| | **Newsome Well & Septic** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **12718 NW 77th Ter** | ☐ Disputed | |
| | **Alachua, FL 32615-6307** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

Debtor   **Tanner Construction Group, LLC**                    Case number (if known) _____
         _____
         Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Patriot Containers**

PO Box 4368
Ocala, FL 34478-4368

Date(s) debt was incurred  _3/2022_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**Personnel Concepts**

PO Box 5750
Carol Stream, IL 60197-5750

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,218.06** |

**PNC Bank, N.A.**

PO Box 5570
Cleveland, OH 44101-0570

Date(s) debt was incurred  _5/2023_

Last 4 digits of account number  _5205_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.51** |

**Ring Power Corporation**

PO Box 935440
Atlanta, GA 31193-5440

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |

**SafeHome Air Solutions, LLC**

PO Box 328
Williston, FL 32696-0328

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,816.25** |

**Silverback Concrete, LLC**

6480 SE State Road 26
Trenton, FL 32693-2817

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,728.20** |

**SRM Concrete LLC**

1000 Hollingshead Cir
Murfreesboro, TN 37127

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tanner Construction Group, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,789.28 |
| --- | --- | --- | --- |

**Sunbelt Rentals, Inc.**

PO Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,342.53 |
| --- | --- | --- | --- |

**The Floor Store of Newberry, Inc.**

840 NW State Road 45
Newberry, FL 32669-5109

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,116.00 |
| --- | --- | --- | --- |

**Tight-Seal, Inc.**

15207 NW 25th Ter
Gainesville, FL 32609-4085

Date(s) debt was incurred  6/2022

Last 4 digits of account number  2261

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.60 |
| --- | --- | --- | --- |

**Turner Pest Control**

PO Box 952503
Atlanta, GA 31192-2503

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,471.67 |
| --- | --- | --- | --- |

**United Rent-All**

1404 NW 53rd Ave
Gainesville, FL 32609-6103

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.14 |
| --- | --- | --- | --- |

**Waste Pro**

PO Box 865231
Orlando, FL 32886-5231

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,286.00 |
| --- | --- | --- | --- |

**Wex Bank**

PO Box 4337
Carol Stream, IL 60197-4337

Date(s) debt was incurred  4/2023

Last 4 digits of account number  0112

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Tanner Construction Group, LLC**                         Case number (if known) _____
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atradius Collections, Inc.**<br>**3500 Lacey Rd Ste 220**<br>**Downers Grove, IL** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kirstin J. Stinson, Esq.**<br>**4923 NW 43rd St Ste A**<br>**Gainesville, FL 32606-4460** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Online Information Svcs, Inc.**<br>**PO Box 1489**<br>**Winterville, NC 28590-1489** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Robert A. Lash**<br>**2770 NW 43rd St Ste A**<br>**Gainesville, FL 3** | Line **3.42**<br><br>☐ Not listed. Explain ____ | **2261** |
| 4.5 | **The Receivables Mgt Svcs**<br>**PO Box 19646**<br>**Minneapolis, MN 55419-0646** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Tucker, Albin & Assoc.**<br>**1702 N Collins Blvd Ste 100**<br>**Richardson, TX 75080-3662** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 523,098.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 523,098.97 |

**Fill in this information to identify the case:**

Debtor name   **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Employee leasing contract; FrankCrum leases employees to the Debtor and provides all human resource services, including issuing paychecks and filing and paying federal and state employment taxes.  Contract is terminable at will by either party.** | |
| | State the term remaining | **not applicable** | **FrankCrum** |
| | List the contract number of any government contract | | **100 S Missouri Ave** |
| | | | **Clearwater Beach, FL 33756-5763** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor makes payments on JD G50 excavator financed by John Deere to Haskins; bal $26K Debtor will own it after making all payments. Value $26,000.00.** | |
| | State the term remaining | | **Haskins Demolition, LLC** |
| | List the contract number of any government contract | | **4510 SW 80th Ave** |
| | | | **Ocala, FL 34481-6410** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office rental at 16407 NW 174th Dr Ste D Alachua; $2463.53 per month; Debtor must also pay property tax and insurance** | |
| | State the term remaining | **expires 4/18/2024** | **Jeffrey and Patricia Moser** |
| | List the contract number of any government contract | | **PO Box 520** |
| | | | **Alachua, FL 32616-0520** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1  **Tanner Construction Group, LLC**                        Case number *(if known)* _____
      First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is a party to approximately 112 executory construction contracts. Further details available on request.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Numerous Parties** _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name  **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **American Express** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.2 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Beacon Building Products** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.3 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **CFG Merchant Solutions** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.4 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Tanner Construction Group, LLC**                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.4**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.5**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.6**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.7**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.8**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Ford Motor Credit Co.** | ▪ D __**2.9**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Libertas Funding, LLC** | ▪ D __**2.11**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Paypal LoanBuilder** | ▪ D __**2.12**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **U.S. Small Business Administration** | ▪ D __**2.13**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Tanner Construction Group, LLC**                    Case number *(if known)* _____

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.16 | **Christopher Tanner** | **425 SE Stardust Pl Lake City, FL 32024-0209** | **Wex Bank** | ☐ D _____<br>■ E/F ___**3.46**___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Tanner Construction Group, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                           12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................    $           0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................    $        510,198.68

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................    $        510,198.68

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      1,336,178.33

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $           0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$        523,098.97

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                          $      1,859,277.30