UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  TANNER CONSTRUCTION GROUP, LLC,         Case No.: 3:23-10112-KKS
                                                Chapter 11, Subchapter V

        Debtor.
_____/

### *EX PARTE* MOTION FOR ENTRY OF AMENDED ORDER CONFIRMING SUBCHAPTER V CHAPTER 11 PLAN (ECF # 229)

COMES NOW Tanner Construction Group, LLC, the Debtor, through its undersigned attorney, and moves this Court to enter an amended order, *ex parte*, confirming Chapter 11 Plan (ECF #229), and as grounds therefore would show the Court as follows:

1. On June November 7, 2023, the Debtor filed a Second Amended Subchapter V Chapter 11 Plan of Reorganization (ECF #187, the "Second Amended Plan").

2. The Second Amended Plan provides to pay a total of $54,000.00 to unsecured claims on a pro rata basis over thirty-six (36) months, with quarterly payments of $4,500.00.  Attached to the Second Amended Plan as "Exhibit 3" is a list of unsecured claims which showed an estimated total of $1,679,422.00.  The Plan stated that a final list of creditors would be attached to the order confirming plan.

3. On January 26, 2024, this Court entered an *Order Confirming Chapter 11 Plan* (ECF #229). Attached to the Order as "Exhibit 1" (ECF #229, pages 23 – 25), is a summary of plan payments for each class of creditors and a list of unsecured creditors showing the amount of each claim and a schedule of quarterly payment amounts for each unsecured creditor.

4. The Debtor has discovered that two of the listed claims, Verizon Connect at line 9, and Horizon Realty at line 31, were paid in the ordinary course of business. The Verizon claim was for ongoing phone services and Horizon Realty was for a charge related to the lease of the business premises. The amounts for two other claims, Personnel

Concepts, line 35 and PNC Bank, line 26, were listed incorrectly through inadvertance. Personnel Concepts should have been listed for $120.00 and PNC Bank should have been listed for $2,218.06, as these are the amounts that were listed for these two creditors on Schedule E/F.

5. Attached hereto is a proposed amended order with a revised "Exhibit 1" showing the correct total amount of unsecured debt and the correct quarterly payment that will be paid to each unsecured creditor.

6. After making these adjustments, the total amount of unsecured debt is $1,645,510.32. As the total amount to be paid to unsecured creditors over the term of the Plan remains the same, the Debtor requests that the proposed amended order be entered *ex parte*.

    RUFF & COHEN, P. A.
    4010 Newberry Road, Suite G
    Gainesville, Florida  32607
    Telephone No. (352) 376-3601
    Facsimile No. (352) 378-1261
    Attorneys for Debtor

    By: /s/ Lisa C. Cohen
        Lisa C. Cohen
        FL Bar #558291
        lcohen@ruffcohen.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2024, a true and correct copy of the foregoing was furnished by electronic mail, via CM/ECF, to the United States Trustee at [USTPRegion21.TL.ECF@usdoj.gov](mailto:USTPRegion21.TL.ECF@usdoj.gov), to Conor J. McLaughlin at: [McLaughlin@Conor.McLaughlin@usdoj.gov](mailto:McLaughlin@Conor.McLaughlin@usdoj.gov), to Adisley M. Cortez-Rodriguez at: [Adisley.M.Cortez-Rodriguez@usdoj.gov](mailto:Adisley.M.Cortez-Rodriguez@usdoj.gov), to Jodi Dubose at: [jdubose@srbp.com](mailto:jdubose@srbp.com), to Ford Motor Credit Co, LLC c/o its attorney Andrew W. Houchins at Ahouchins@rushmarshall.com, to Donald and Lisa Ann Schnapps, c/o their attorney Amy Leitch, at: [amy.leitch@akerman.com](mailto:amy.leitch@akerman.com), and to Lukas and Lana Pidgeon c/o their attorney Zachary Malnik, at: [zachary@msbankrupt.com](mailto:zachary@msbankrupt.com).

/s/ Lisa C. Cohen
Lisa C. Cohen

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  TANNER CONSTRUCTION GROUP, LLC,           Case No.: 3:23-10112-KKS
                                                                                               Chapter 11, Subchapter V

        Debtor.
_____/

## AMENDED[1] ORDER CONFIRMING SUBCHAPTER V CHAPTER 11 PLAN OF REORGANIZATION (ECF #187)

THIS CASE came before the Court for hearing on January 24, 2024 to consider confirmation of the Debtor's *Second Amended Subchapter V Chapter 11 Plan* (ECF #187, the "Plan").  In attendance at the hearing was the attorney for the Debtor, the Debtor's representative Christopher Tanner, the attorney for the U.S. Trustee's Office, the subchapter V Trustee and the attorney for creditors Lukas and Lana Pidgeon.  No party objected to confirmation of the Plan.  At the Debtor's request, the *Confirmation Affidavit in Support of Debtor's Second Amended Subchapter V Plan of Reorganization* (ECF #208, the "Confirmation Affidavit") executed by Christopher Tanner, the Debtor's managing member, and the *Amended Ballot Tabulation* (ECF #207, the "Ballot Tabulation") were admitted into evidence.  The Ballot Tabulation shows that all classes of creditors have accepted the Plan.  Considering the Confirmation Affidavit and being otherwise advised in the premises, the Court finds that the Plan satisfies all requirements of 11 U.S.C. §§1129(a) and 1191(a) and that the Plan can be confirmed as a consensual plan.  It is accordingly

---

[1] Amended to correct list of unsecured creditors included in "Exhibit 1."

ORDERED:

1. The Plan (ECF #187) is confirmed as a consensual plan pursuant to §1191(a). A copy of the Plan is attached hereto. A summary of Plan payments to all creditors is attached as "Exhibit 1."

2. As announced by the Debtor's attorney in open court, Lukas and Lana Pidgeon hold an administrative claim in the amount of $9,000.00. This claim shall be paid in two installments of $4,500.00 each. The first installment shall be due on February 1, 2024 and the second installment shall be due on March 1, 2024. The Debtor shall indemnify and hold the Pidgeons harmless should there be any unpaid subcontractors or suppliers who make a claim arising from work performed pursuant to the contract between the Debtor and the Pidgeons. These terms are hereby incorporated into the Plan.

3. The Debtor shall pay all Subchapter V Trustee fees assessed pursuant to 11 U.S.C. §§503(b) and 1191(e). The Subchapter V Trustee and other professionals shall have 14 days from the date of entry of this Order to file final fee applications and/or supplement prior applications for compensation. Once approved, such fees shall be due and payable pursuant to the Plan and this Order. The service of the Subchapter V Trustee in the case shall terminate when the Plan has been substantially consummated pursuant to §1183 except that the United States Trustee may reappoint a trustee as needed for performance of duties under §§1183(b)(3)(C) and 1185(a).

4. The Debtor shall serve as the disbursing agent for the payments required to be made to creditors and interested parties under the Plan.

5. The provisions of the Plan are binding upon the Debtor and all creditors pursuant to §1141(a).

6. The Effective Date of the Plan is fourteen (14) days after the entry of this Order. All property of the estate shall vest in the Debtor on the Effective Date of the Plan.

7. The Debtor shall comply with the guidelines set forth by the Office of the United States Trustee until the closing of this case by the entry of a final decree by the Court.

8. This Plan is confirmed under §1191(a) and, therefore, the Debtor will be discharged from any debt that arose before confirmation of this Plan to the extent specified in §1141(d)(1)(A) of the Code on the Effective Date of the Plan. The Debtor will not be discharged from any debt imposed by this Plan.

9. The Debtor shall file a certificate of substantial consummation when the Plan has been substantially consummated. Further, the Debtor will promptly move for a final decree upon substantial consummation.

10. The failure to reference or address all or part of any particular provision of the Plan herein has no effect on the validity, binding effect, or enforceability of such provision and such provision has the same validity, binding effect, and enforceability as every other provision of the Plan. To the extent that any inconsistencies exist between the terms of the Plan and this order confirming plan, the terms of this order confirming

plan shall control.

       DONE AND ORDERED on: _____

                                           _____
                                           KAREN K. SPECIE
                                           Chief United States Bankruptcy Judge

This order prepared by
Lisa C. Cohen

Attorney, Lisa C. Cohen, is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

4

"Exhibit 1"
Summary of Plan Payments

Payments to Secured Claims are monthly. Payments to unsecured claims are quarterly. The Effective Date of the Plan is 14 days after the date of the entry of the Order Confirming Plan.

| Class | Creditor | Interest Rate | Allowed Claim | Payment and Term |
|---|---|---|---|---|
| 1 | Admin. Claim of Lukas and Lara Pidgeon | 0% | $9,000.00 | $4,500.00 payment on February 1; $4,500.00 payment March 1. |
| 2 | Priority claims - None | | | |
| 3 | U.S. Small Business Administration | 3.75% | $200,000.00 secured portion | 312 monthly payments of $1,044.45 starting 30 days after Effective Date |
| 4 | Ford Motor Credit Co. | Varying rates | 9 secured claims totaling $248,595.01 | AP monthly payments of $4,743.00 will continue until claims are paid in full; terms of AP Stipulation and Order (Doc. 103) are incorporated into confirmed Plan |
| 5 | None | | | |
| 6 | Unsecured claims | 0% | $1,661,387.05; $54,000 to be paid pro rata among allowed claims per attached list | Total of $54,000.00 paid pro rata over three years with 12 quarterly payments of $4,500.00; payments start June 1, 2024. |
| 7 | Claim of Donald Schnapps and Lisa-Ann Schnapps and claim of Billy Elixson | 0% | Schnapps: $25,607.00; Elixson: $25,000.00 | Both claims will be paid over 60 months with no interest starting 30 days after Effective Date. Schnapps payment is $427.00 per month and Elixson payment is $416.67 per month. |

| 8 | Libertas Funding, LLC Secured claim | 5% | $20,000.00 | 48 monthly payments of $461.28 starting 30 days after Effective Date |

**Unsecured Creditors to be paid $54,000.00 in Class 6**

**Unsecured claims will receive quarterly payments beginning on June 1, 2024**

| Line number | Creditor and source of claim | Claim Amount | Percentage of total claims | Total to be paid this creditor | Payment per quarter for 12 quarters |
|---|---|---|---|---|---|
| 1 | CFG Merchant Solutions (claim # 1) | $162,771.25 | 9.89% | $5,341.68 | $445.14 |
| 2 | Swift Financial LLC (claim #2) | $85,000.80 | 5.17% | $2,789.64 | $232.47 |
| 3 | Florida Express Environment (claim #12) | $1,669.55 | 0.10% | $54.54 | $4.55 |
| 4 | AAA Express Services, LLC (claim #13) | $3,916.29 | 0.24% | $128.52 | $10.71 |
| 5 | Tight-Seal, Inc. (claim #14) | $21,076.45 | 1.28% | $691.74 | $57.65 |
| 6 | U.S. Small Business Administration (claim #16) | $344,178.08 | 20.92% | $11,294.64 | $941.22 |
| 7 | American Express National Bank (claim #17) | $69,932.87 | 4.25% | $2,295.00 | $191.25 |
| 8 | Andres Candelaria (claim #18) | $28,810.00 | 1.75% | $945.54 | $78.80 |
| 9 | Waste Pro (claim #21) | $942.79 | 0.06% | $30.78 | $2.57 |
| 10 | KMS Media Solutions (claim #22) | $11,700.00 | 0.71% | $383.94 | $32.00 |
| 11 | Michael Finnell (claim #23) | $84,540.00 | 5.14% | $2,774.52 | $231.21 |
| 12 | Donald and Lisa Schnapp (claim #24) | $139,249.00 | 8.46% | $4,569.48 | $380.79 |
| 13 | Libertas Funding, LLC (claim #25) | $464,261.60 | 28.21% | $15,235.56 | $1,269.63 |
| 14 | 352 Electric LLC (Sch E/F) | $5,417.01 | 0.33% | $177.66 | $14.81 |
| 15 | Accousti Engineering Co of Fla (Sch E/F) | $5,182.00 | 0.32% | $170.10 | $14.18 |
| 16 | Air Ducks, Inc. (Sch E/F) | $390.00 | 0.02% | $12.96 | $1.08 |
| 17 | Alachua Pest Services (Sch E/F) | $400.00 | 0.02% | $12.96 | $1.08 |
| 18 | Anderson Advertising Ent., LLC (Sch E/F) | $1,950.00 | 0.12% | $64.26 | $5.36 |
| 19 | B&M Equipment Rental (Sch E/F) | $326.22 | 0.02% | $10.80 | $0.90 |
| 20 | Beacon Building Products (Sch E/F) | $18,845.66 | 1.15% | $618.30 | $51.53 |
| 21 | Billy Elixson (claim #27-2) | $36,260.00 | 2.20% | $1,190.16 | $99.18 |
| 22 | Davis Brothers Alachua Plumbing (Sch E/F) | $1,500.00 | 0.09% | $49.14 | $4.10 |
| 23 | Donnelly Architecture, Inc. (Sch E/F) | $48,000.00 | 2.92% | $1,575.18 | $131.27 |
| 24 | Elite Pro Builders, Inc. (Sch E/F) | $6,000.00 | 0.37% | $197.10 | $16.43 |
| 25 | ELS Abatement & Construction (Sch E/F) | $2,900.00 | 0.18% | $95.04 | $7.92 |
| 26 | First Choice Plumbing, Inc. (Sch E/F) | $10,794.00 | 0.66% | $354.24 | $29.52 |
| 27 | Floor & Décor Outlets of America (Sch E/F) | $7,915.03 | 0.48% | $259.74 | $21.65 |
| 28 | Gainesville Regional Utilities (Sch E/F) | $1,625.80 | 0.10% | $53.46 | $4.46 |
| 29 | Geo-Tech, Inc. (Sch E/F) | $2,440.00 | 0.15% | $79.92 | $6.66 |
| 30 | James Haskins (Sch E/F) | $48,000.00 | 2.92% | $1,575.18 | $131.27 |
| 31 | Mauldins Gas Svcs., LLC. (Sch E/F) | $980.00 | 0.06% | $32.40 | $2.70 |
| 32 | Patriot Containers (Sch E/F) | $1,000.00 | 0.06% | $32.94 | $2.75 |
| 33 | Personnel Concepts (Sch E/F) | $120.00 | 0.01% | $3.78 | $0.32 |
| 34 | PNC Bank, N.A. (Sch E/F) | $2,218.06 | 0.14% | $72.90 | $6.08 |
| 35 | Ring Power Corp. (Sch E/F) | $1,480.51 | 0.09% | $48.60 | $4.05 |
| 36 | SafeHome Air Solutions (Sch E/F) | $650.00 | 0.04% | $21.60 | $1.80 |
| 37 | Sunbelt Rentals, Inc. (Sch E/F) | $13,605.08 | 0.83% | $446.58 | $37.22 |
| 38 | Turner Pest Control (Sch E/F) | $704.60 | 0.04% | $23.22 | $1.94 |
| 39 | United Rent-All (Sch E/F) | $2,471.67 | 0.15% | $81.00 | $6.75 |
| 40 | Wex Bank (Sch E/F) | $6,286.00 | 0.38% | $206.28 | $17.19 |
|  | **Totals** | **$1,645,510.32** | **100.00%** | **$54,001.08** | **$4,500.09** |