UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  TANNER CONSTRUCTION GROUP, LLC,    Case No.: 1:23-10112-KKS
                                           Chapter 11, Subchapter V

　　　　Debtor.
_____/

ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE IN
SUBCHAPTER V CHAPTER 11 CASE (Doc. 257)

THIS CASE is before the Court, on the Debtor's *Motion for Entry of Final Decree in Subchapter V Chapter 11 Case* (ECF #257, the "Motion") pursuant to the negative notice provisions of Bankr. N.D. Fla. Loc. R. 2002-2.  The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.  The verified Certificate of Substantial Consummation attached to the Motion states that the Debtor has commenced making payments required by the Debtor's Subchapter V Plan of Reorganization (ECF #187, the "Confirmed Plan").  The Court finds that the Confirmed Plan has been substantially consummated.  Accordingly, it is

ORDERED:

1. The Motion is GRANTED.

2. A Final Decree shall be entered.

DONE AND ORDERED: June 21, 2024

_____
KAREN K. SPECIE
Chief United States Bankruptcy Judge

This order prepared by Lisa C. Cohen

Attorney, Lisa C. Cohen, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a certificate of service within 3 days of entry of the order.